■ BERNADETTE MULLER, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 84537.) [719 NYS2d 916] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Lane, J. (*Muller v State of New York,* 179 Misc 2d 980). (Appeal from Judgment of Court of Claims, Lane, J.—Mental Hygiene Law.) Present—Pigott, Jr., P. J., Pine, Hayes, Kehoe and Burns, JJ.